**William C. Blankenbeker, Administrator of the Estate of Samuel Blankenbeker, Deceased, v. F. B. Ennis, B. F. Kimlin, James B. Sheapley, John W. Greenwell, Milton Shawver, Henry Hedges, A. H. Ryan, Eli McDaniel, Parthena Sheapley, James Kimlin, B. F. Kimlin, Executor of the Estate of William Kimlin, Deceased, and Walter Bartlett.**

1. SEE—Spraker v. Ennis et al., *supra*, 446.

**Bill to Wind Up the Affairs of a Corporation.**—Trial in the Circuit Court of Clark County; the Hon. FERDINAND BOOKWALTER, Judge, presiding. Decree for complainants. Error by defendants. Heard in this court at the November term, 1897. Affirmed. Opinion filed June 3, 1898. Rehearing denied November 29, 1898.

WHITEHEAD & FIX, attorneys for plaintiff in error.

ROBERT E. HAMILL, attorney for defendants in error; THOMAS J. GOLDEN and GRAHAM & TIBBS, of counsel.

Opinion PER CURIAM.

In all essential features this case is identical with the case of Jonas Spraker v. F. B. Ennis et al., *supra*, and the decree will be affirmed for the reasons set forth in the opinion filed in that case. Decree affirmed.